**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JODIE JACOBS**                                                                    **PLAINTIFF**

**V.**                                                                    **NO. 3:16-CV-120-DMB-SAA**

**CITY OF OXFORD, MISSISSIPPI, et al.**                                                **DEFENDANTS**

**ORDER OF RECUSAL**

The above captioned case was assigned to the undersigned, United States District Judge

Debra M. Brown, on June 22, 2016.   Judge Brown, on her own motion, hereby **RECUSES** herself

from this case.  The Clerk of the Court is directed to transfer and re-assign this case to another

district court judge.

**SO ORDERED**, this 8th day of July, 2016.

                                                            **/s/ Debra M. Brown                          **
                                                            **UNITED STATES DISTRICT JUDGE**